IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| vs. | ) Case No. 22-CR-40018-SMY |
| | ) |
| CHRISTOPHER DAVID EMERY, | ) |
| | ) |
| Respondents. | ) |

## ORDER

**YANDLE, District Judge:**

A jury found the defendant guilty of attempted enticement of a minor, soliciting obscene visual depiction of a minor, and attempt to transmit information about a minor on January 10, 2024 (Doc. 54). Defendant was sentenced on May 2, 2024 to 120 months' imprisonment (Doc. 66). Now before the Court is Defendant's Motion for Leave to Appeal *in Forma Pauperis* ("IFP") (Doc. 76).

A federal court may permit a party to proceed on appeal without full pre-payment of fees provided the party is indigent and the appeal is taken in good faith. 28 U.S.C. § 1915(a)(1) & (3); FED. R. APP. P. 24(a)(3)(A). An appeal is taken in "good faith" if it seeks review of any issue that is not clearly frivolous, meaning that a reasonable person could suppose it to have at least some legal merit. *Lee v. Clinton*, 209 F.3d 1025, 1026 (7th Cir. 2000).

Defendant has provided necessary details regarding his financial condition, from which the Court finds that he is indigent. The Court further finds that Defendant's appeal is taken in "good faith" as it seeks review of the jury's verdict against him. Accordingly, the Motion for Leave to Proceed on Appeal IFP is **GRANTED**.

IT IS SO ORDERED.

DATE: May 28, 2024

_____
**STACI M. YANDLE**
**United States District Judge**